

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-6340

**WILLIAM J. MARTINI**
**JUDGE**

October 1, 2004

Honorable Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2003 Filing

Dear Judge Lisi:

The following is my response to your letter dated September 22, 2004 and the telephone conversation my accountant Wilfredo Fernandez, CPA, had with your office on September 30, 2004. On or about January 2002, I filed my nomination disclosure report. Due to the timing of the nomination process, I was not sworn in until November 20, 2002. Since I served as a judge for less than sixty days during 2002, it is my understanding that I am not required to file a 2002 Financial Disclosure Report.

As indicated in my letter of August 30, 2004, the line items described in paragraph two and three are exempt from disclosure in my 2003 financial statement report since items were either bought or sold in 2002. Please adjust your records accordingly.

I hope that this resolves the matter related to my 2003 financial disclosure report. Please do not hesitate to contact me if there are any other questions regarding this matter.

Sincerely,



# AMENDED
## FINANCIAL DISCLOSURE REPORT
### Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Martini, William J | 2. Court or Organization  District Court - New Jersey | 3. Date of Report  5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  50 Walnut Street  PO Box 419  Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Nicholas Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. Trustee | Italian American Cultural Center |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED SEP 7 11 07 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Martini, William J | Date of Report<br><br>5/10/2004 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Nicholas Martini Foundation, Trustee | 22000.00 |
| 2. | 2003 | Sills Cummis - Final Pension Plan | 9336.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | The North Jersey Regional, Chamber of Commerce - Wages |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account#1 | | | | | | | | | |
| 2. COMMAND MONEY FUND CL A | A | Dividend | K | T | | | | | |
| 3. N J ST TRANSN TR FD AUTH TRANSN SYS-SER A | A | Interest | | | MATURITY | 6/16 | J | A | |
| 4. N J TPKE AUTHORITY TPK REVENUE SER G | A | Interest | J | T | | | | | |
| 5. NOWST BERGN NJ UTILS AUTH UTIL SYSTEM REVENUE RFDG RO JJ 6.0 | A | Interest | K | T | | | | | |
| 6. SO ORANGE-M NJ | A | Interest | J | T | | | | | |
| 7. NEW JERSEY ST GEN OBLIG RFDG-SER D FITCH LT RTG AA+ | A | Interest | | | FULLY CALL | 2/18 | J | A | |
| 8. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 9. FEDERATED KAUFMANN FUND-K | A | Distribution | K | T | | | | | |
| 10. BROKERAGE ACCOUNT#3 | | | | | | | | | |
| 11. ALLIANCE BERNSTIEN CAPITAL RESERVE FUND | A | Dividend | J | T | | | | | |
| 12. ISHARES TR RUSSELL 2000 VALUE INDEX FD | B | Dividend | N | T | BUY | 8/1 | N | | |
| 13. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | A | Dividend | N | T | BUY | 8/1 | M | | |
| 14. BROKEAGE ACCOUNT#4 | | | | | | | | | |
| 15. US TREASURY BILLS 0% 1/23/03 | A | Interest | | | SELL | 1/23 | K | | |
| 16. US TREASURY BILLS 0% 1/23/03 | A | Interest | | | SELL | 1/23 | K | | |
| 17. US TREASURY BILLS 0% 2/13/03 | A | Interest | | | SELL | 2/13 | K | | |
| 18. US TREASURY BILLS 0% 2/27/03 | A | Interest | | | SELL | 2/27 | K | | |

1. Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. US TREASURY BILLS 0% 3/20/03 | A | Interest | | | SELL | 3/20 | L | | |
| 20. US TREASURY BILLS 0% 5/1/03 | A | Interest | | | BUY | 1/30 | L | | |
| 21. | | | | | SELL | 5/1 | L | | |
| 22. UNITED STATES TREAS BILLS 0% 5/29/03 | A | Interest | | | BUY | 2/27 | L | | |
| 23. | | | | | SELL | 5/29 | L | A | |
| 24. UNITED STATES TREAS BILLS 0% 6/19/03 | A | Interest | | | BUY | 3/21 | L | | |
| 25. | | | | | SELL | 6/19 | L | A | |
| 26. UNITED STATES TREAS BILLS 0% 7/31/03 B/E DTD 1/30/03 | | None | | | BUY | 5/2 | M | | |
| 27. | | | | | SELL | 7/24 | M | A | |
| 28. GENERAL GOVT SEC MNY MKT CLB | A | Dividend | K | T | | | | | |
| 29. UNITED STATES TREAS BILLS 0% 09/04/03 B/E DTD 03/06/03 | | None | | | BUY | 6/4 | L | | |
| 30. | | | | | SELL | 7/24 | L | A | |
| 31. UNITED STATES TREAS BILLS 0% 10/09/03 B/E DTD 4/10/03 | | None | | | BUY | 7/9 | L | | |
| 32. | | | | | SELL | 7/24 | L | A | |
| 33. ATLANTIC CNTY N J UTILS AUTH SWR REV REFDG 5% 1/15/07 | B | Interest | | | SELL | 7/29 | K | A | |
| 34. AVALON BORO N J UT 5.25% 9/1/03 B/E DTD 9/1/96 | B | Interest | | | SELL | 7/29 | | | |
| 35. EDISON TWP N J UT 5% 1/1/06 DTD 12/1/93 CLB | B | Interest | J | T | PART SOLD | 7/29 | K | | |
| 36. EVESHAM TWP N J BRD ED UT 4.6% 3/1/06 B/E DTD 2/1/99 | A | Interest | K | T | | | | | |

1. Income/Gain Codes        A = $1,000 or less.        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes:        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. LOWER TWP N J FIRE DIST NO 3 BK QLFD UT 6.85% 2/1/08 REG | B | Interest | K | T | | | | | |
| 38. MIDDLETOWN TWP NJ BRD ED RFDG ST SCH QLFD BD ACT UT 5% | B | Interest | K | T | | | | | |
| 39. MONMOUTH CNTY N J IMPT AUTH REV RFDG CORRECTIONAL FACS 5% | B | Interest | K | T | | | | | |
| 40. MONTVILLE TWP N J FIRE DIST NO 2 BK QLFD UT 5.65% 5/1/08 | A | Interest | J | T | | | | | |
| 41. MOUNT ARLINGTON NJ BRD ED ST SCH QLFD BD ACT BK QLFD UT 5.2% | B | Interest | K | T | | | | | |
| 42. NEW JERSEY ST ETM CTFS PARTN SER A ETM 5% 6/15/11 | B | Interest | K | T | PART SOLD | 7/29 | K | | |
| 43. NEW JERSEY ST HWY AUTH GARDEN ST PKWY GEN REV SR PKWY 6.2% | C | Interest | K | T | PART SOLD | 7/29 | K | | |
| 44. NORTH ARLINGTON N J SCH DIST BANK QUALIFIED UT 5.375% 8/1/13 | B | Interest | K | T | | | | | |
| 45. OCEAN CNTY N J UTILS AUTH WASTEWATER REV RFDG 5% 1/1/09 | B | Interest | K | T | | | | | |
| 46. UNION CITY N.J. UT 6.375% 11/01/05 | B | Interest | | | SELL | 7/29 | K | | |
| 47. IRA#1 | | | | | | | | | |
| 48. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 49. FNMA GTD MTG PASS THRU CTFS POOL#254589 | A | Interest | K | T | PARTIAL SELL | 1/27 | J | | |
| 50. | | | | | PARTIAL SELL | 2/25 | J | | |
| 51. | | | | | PARTIAL SELL | 3/25 | J | | |
| 52. | | | | | PARTIAL SELL | 4/25 | J | | |
| 53. | | | | | PARTIAL SELL | 5/27 | J | | |
| 54. | | | | | PARTIAL SELL | 6/25 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | PARTIAL SELL | 7/25 | J | | |
| 56. | | | | | PARTIAL SELL | 8/25 | J | | |
| 57. | | | | | PARTIAL SELL | 9/25 | J | | |
| 58. | | | | | PARTIAL SELL | 10/27 | J | | |
| 59. | | | | | PARTIAL SELL | 11/25 | J | | |
| 60. | | | | | PARTIAL SELL | 12/26 | J | | |
| 61. FNMA GTD MTG PASS CTFS POOL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 62. | | | | | PARTIAL SELL | 1/27 | J | | |
| 63. | | | | | PARTIAL SELL | 2/25 | J | | |
| 64. | | | | | PARTIAL SELL | 3/25 | J | | |
| 65. | | | | | PARTIAL SELL | 4/25 | J | | |
| 66. | | | | | PARTIAL SELL | 5/27 | J | | |
| 67. | | | | | PARTIAL SELL | 6/25 | J | | |
| 68. | | | | | PARTIAL SELL | 7/25 | J | | |
| 69. | | | | | PARTIAL SELL | 8/25 | J | | |
| 70. | | | | | PARTIAL SELL | 9/25 | J | | |
| 71. | | | | | PARTIAL SELL | 10/27 | J | | |
| 72. | | | | | PARTIAL SELL | 11/25 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D5)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
 P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | PARTIAL SELL | 12/26 | J | | |
| 74. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | A | Interest | L | T | BUY | 9/22 | L | | |
| FNMA GTD MTG PASS THRU CTFS POOL#323319 7% 10/01/28 | A | Interest | J | T | PARTIAL SELL | 1/27 | J | | |
| 76. | | | | | PARTIAL SELL | 2/25 | J | | |
| 77. | | | | | PARTIAL SELL | 3/25 | J | | |
| 78. | | | | | PARTIAL SELL | 4/25 | J | | |
| 79. | | | | | PARTIAL SELL | 5/27 | J | | |
| 80. | | | | | PARTIAL SELL | 6/25 | J | | |
| 81. | | | | | PARTIAL SELL | 7/25 | J | | |
| 82. | | | | | PARTIAL SELL | 8/25 | J | | |
| 83. | | | | | PARTIAL SELL | 9/25 | J | | |
| | | | | | PARTIAL SELL | 10/27 | J | | |
| 85. | | | | | PARTIAL SELL | 11/25 | J | | |
| 86. | | | | | PARTIAL SELL | 12/26 | J | | |
| 87. BANK AMER CORP NT 5.25% 2/1/07 | C | Interest | L | T | BUY | 12/04 | L | | |
| 88. CITI GROUP INC GLOBAL NT 5.5% 8/9/06 | B | Interest | K | T | BUY | 8/13 | K | | |
| 89. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | C | Interest | K | T | BUY | 11/12 | K | | |
| 90. FORD MTR CR CO GLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | B | Interest | K | T | PARTIAL SELL | 10/27 | J | A | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes              J = $15,000 or less    K = $15,001-$50,000       L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000  O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                      P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal          R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)           U = Book Value         V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. GENERAL DYNAMICS CORP DEB 3.0% 5/15/08 | A | Interest | K | T | BUY | 6/10 | K | | |
| 92. GENERAL DYNAMICS CORP DEB 3% 5/15/08 | A | Interest | K | T | BUY | 10/29 | K | | |
| 93. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | B | Interest | K | T | BUY | 10/28 | K | | |
| 94. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | B | Interest | K | T | BUY | 6/26 | K | | |
| 95. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | B | Interest | K | T | | | | | |
| 96. GENERAL MTRS ACCEP CORP NOTES 4.5% 7/15/06 | A | Interest | J | T | BUY | 10/31 | J | | |
| 97. HEWLETT PACKARD CO GLOBAL NT | B | Interest | K | T | BUY | 8/13 | K | | |
| 98. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | C | Interest | K | T | BUY | 8/13 | K | | |
| 99. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | B | Interest | K | T | BUY | 9/9 | K | | |
| 100. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | | | BUY | 10/29 | J | | |
| 101. MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | C | Interest | L | T | BUY | 10/28 | K | | |
| 102. NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | C | Interest | K | T | BUY | 10/29 | J | | |
| 103. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | B | Interest | K | T | BUY | 8/13 | K | | |
| 104. UNITED STATES TREAS NOTES 5% 8/15/11 | B | Interest | K | T | | | | | |
| 105. UNITED STATES TREAS NOTES 4.875% 2/15/12 | C | Interest | L | T | | | | | |
| 106. UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | J | T | | | | | |
| 107. UNITED STATES TREAS NOTES 3.0% 11/15/07 | B | Interest | L | T | BUY | 2/20 | L | | |
| 108. | | | | | BUY | 3/6 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3):    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | PARTIAL SELL | 9/22 | K | | |
| 110. FEDERAL NATL MTG ASSN DEB 5.25% 1/15/09 | C | Interest | L | T | | | | | |
| 111. FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | C | Interest | L | T | BUY | 8/22 | L | | |
| 112. | | | | | PARTIAL SELL | 9/22 | K | A | |
| 113. | | | | | PARTIAL SELL | 9/22 | K | A | |
| 114. | | | | | BUY | 10/27 | J | | |
| 115. | | | | | PARTIAL SELL | 12/4 | K | A | |
| 116. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.375% 9/15/12 | A | Interest | J | T | BUY | 8/22 | J | | |
| 117. US TREASUARY BILLS 0% 9/18/03 | | None | | | BUY | 6/9 | M | | |
| 118. | | | | | SELL | 8/13 | M | A | |
| 119. CIT GROUP INC 5.625% 5/17/04 | A | Interest | | | SELL | 12/4 | K | A | |
| 120. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | A | Interest | | | SELL | 11/12 | K | A | |
| 121. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | A | Interest | | | SELL | 11/12 | K | | |
| 122. FEDL NATL MTGE ASSN NOTES 6.5% 8/15/04 | A | Interest | | | SELL | 6/9 | J | | |
| 123. FEDL NATL MTGE ASSN NOTES 6.5% 8/15/04 | A | Interest | | | SELL | 6/9 | J | | |
| 124. LEHMAN BROS HLDGS NOTES 7.75% 1/15/05 | A | Interest | | | SELL | 9/9 | K | A | |
| 125. LEHMAN BROS HLDGS NOTES 7.75% 1/15/05 | A | Interest | | | SELL | 9/9 | K | | |
| 126. RAYTHEON CO 7.9% 3/1/03 | A | Interest | | | SELL | 3/1/0 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market.
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | | | | | | | | | |
| 128. SEARS ROEBUCK ACC GLBL B 6% 3/20/03 | A | Interest | | | SELL | 3/20 | J | A | |
| 129. US TREASURY NOTES 5.625% 2/15/06 | A | Interest | | | SELL | 8/13 | M | | |
| 130. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | A | Interest | | | BUY | 11/06 | J | | |
| 131. | A | Interest | | | SELL | 11/12 | J | A | |
| 132. U S TREASURY BILLS 0% 3/06/03 | | None | | | SELL | 3/06 | M | | |
| 133. US TREASURY BILLS 0% 6/5/03 | | None | | | BUY | 3/7 | M | | |
| 134. | | | | | SELL | 6/5 | M | | |
| 135. IRA#2 | | | | | | | | | |
| 136. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 137. FNMA GTD MTG PASS THRU CTFS POOL#254589 5.5% 01/01/23 | A | Interest | J | T | PARTIAL SALE | 1/27 | J | | |
| 138. | | | | | PARTIAL SALE | 2/25 | J | | |
| 139. | | | | | PARTIAL SALE | 3/25 | J | | |
| 140. | | | | | PARTIAL SALE | 4/25 | J | | |
| 141. | | | | | PARTIAL SALE | 5/27 | J | | |
| 142. | | | | | PARTIAL SALE | 6/25 | J | | |
| 143. | | | | | PARTIAL SALE | 7/25 | J | | |
| 144. | | | | | PARTIAL SALE | 8/25 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | PARTIAL SALE | 9/25 | J | | |
| 146. | | | | | PARTIAL SALE | 10/25 | J | | |
| 147. | | | | | PARTIAL SALE | 11/25 | J | | |
| 148. | | | | | PARTIAL SALE | 12/26 | J | | |
| 149. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | A | Interest | J | T | BUY | 9/22 | J | | |
| 150. | | | | | PARTIAL SALE | 10/27 | J | | |
| 151. | | | | | PARTIAL SALE | 11/25 | J | | |
| 152. | | | | | PARTIAL SALE | 12/26 | J | | |
| 153. BANK AMER CORP NT | A | Interest | J | T | BUY | 12/04 | J | | |
| 154. CITIGROUP INC GLOBAL NT 5.5% 8/9/06 | A | Interest | J | T | BUY | 8/13 | J | | |
| 155. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | A | Interest | J | T | BUY | 11/12 | J | | |
| 156. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | J | T | PARIAL SELL | 10/27 | J | | |
| 157. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | A | Interest | | | BUY | 8/15 | J | | |
| 158. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | A | Interest | J | T | BUY | 8/13 | J | | |
| 159. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | J | T | | | | | |
| 160. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | J | T | BUY | 8/13 | J | | |
| 161. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | A | Interest | J | T | BUY | 8/13 | J | | |
| 162. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | J | T | BUY | 9/9 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | A | Interest | J | T | | | | | |
| 164. | NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | A | Interest | J | T | | | | | |
| 165. | PITNEY BOWES CR CORP NT 5.75% 8/15/08 | A | Interest | J | T | BUY | 8/13 | J | | |
| 166. | UNITED STATES TREAS NOTES 4.875% 2/15/12 | A | Interest | J | T | | | | | |
| 167. | UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | J | T | | | | | |
| 168. | UNITED STATES TREAS NOTES 3% 11/15/07 | A | Interest | K | T | BUY | 1/23 | J | | |
| 169. | | | | | | BUY | 2/20 | K | | |
| 170. | FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | A | Interest | K | T | BUY | 8/22 | K | | |
| 171. | | | | | | PARTIAL SELL | 9/22 | J | A | |
| 172. | | | | | | BUY | 10/27 | J | | |
| 173. | | | | | | PARTIAL SELL | 12/4 | J | | |
| 174. | FEDERAL NATL MTG ASSN MEDIUM TERM UTS | A | Interest | J | T | BUY | 8/22 | J | | |
| 175. | US TREASURY BILLS 0% 3/6/03 | | None | | | SELL | 3/6 | L | | |
| 176. | US TREASURY BILLS 0% 6/5/03 | | None | | | BUY | 3/7 | L | | |
| 177. | | | None | | | SELL | 6/5 | L | | |
| 178. | GENERAL ELECTRIC CAP GLBL NT 4.25% 1/28 | A | Interest | | | SELL | 1/23 | J | | |
| 179. | UNITED STATES TREAS BILLS 0% 9/18/03 | | None | | | BUY | 6/9 | L | | |
| 180. | | | | | | SELL | 8/13 | L | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$300,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 181. UNITED STATES TREAS BILLS 5.625% 2/15/06 | A | Interest | | | BUY | 3/11 | K | | |
| 182. | | | | | SELL | 8/13 | K | | |
| 183. DAIMLER CHRYSLER NORTH AMER HLDG CORP 7.4% 1/20/05 | A | Interest | | | BUY | 8/13 | J | | |
| 184. | | | | | SELL | 11/12 | J | | |
| 185. LEHMAN BROS HLDGS INC NT 7.75% 1/15/05 | A | Interest | | | SELL | 9/9 | J | | |
| 186. VALLEY NATIONAL BANK | A | Interest | K | T | | | | | |
| 187. VARIABLE LIFE #1 | | None | M | T | | | | | |
| 188. EQUITABLE - SEP | | None | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honorari and the acceptance of gifts which have been reported are in compli nce with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judici 1 Conference regulations.

Signature ███████████  Date  8/30/04

NOTE: ANY INDIVIDU█████ O KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financi 1 Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Martini, William J | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>PO Box 419<br>Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Nicholas Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. Trustee | Italian American Cultural Center |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Nicholas Martini Foundation, Trustee | 22000.00 |
| 2. | 2003 | Sills Cummis - Final Pension Plan | 9336.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | The North Jersey Regional, Chamber of Commerce - Wages |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account#1 | | | | | | | | | |
| 2. COMMAND MONEY FUND CL A | A | Dividend | K | T | | | | | |
| 3. N J ST TRANSN TR FD AUTH TRANSN SYS-SER A | A | Interest | | | MATURITY | 6/16 | J | A | |
| 4. N J TPKE AUTHORITY TPK REVENUE SER G | A | Interest | J | T | | | | | |
| 5. NOWST BERGN NJ UTILS AUTH UTIL SYSTEM REVENUE RFDG RO JJ 6.0 | A | Interest | K | T | | | | | |
| 6. SO ORANGE-M NJ | A | Interest | J | T | | | | | |
| 7. NEW JERSEY ST GEN OBLIG RFDG-SER D FITCH LT RTG AA+ | A | Interest | | | FULLY CALL | 2/18 | J | A | |
| 8. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 9. FEDERATED KAUFMANN FUND-K | A | Distribution | K | T | | | | | |
| 10. BROKERAGE ACCOUNT#3 | | | | | | | | | |
| 11. ALLIANCE BERNSTIEN CAPITAL RESERVE FUND | A | Dividend | J | T | | | | | |
| 12. ISHARES TR RUSSELL 2000 VALUE INDEX FD | B | Dividend | N | T | BUY | 8/1 | N | | |
| 13. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | A | Dividend | N | T | BUY | 8/1 | M | | |
| 14. BROKEAGE ACCOUNT#4 | | | | | | | | | |
| 15. US TREASURY BILLS 0% 1/23/03 | A | Interest | | | SELL | 1/23 | K | | |
| 16. US TREASURY BILLS 0% 1/23/03 | A | Interest | | | SELL | 1/23 | K | | |
| 17. US TREASURY BILLS 0% 2/13/03 | A | Interest | | | SELL | 2/13 | K | | |
| 18. US TREASURY BILLS 0% 2/27/03 | A | Interest | | | SELL | 2/27 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. US TREASURY BILLS 0% 3/20/03 | A | Interest | | | SELL | 3/20 | L | | |
| 20. US TREASURY BILLS 0% 5/1/03 | A | Interest | | | BUY | 1/30 | L | | |
| 21. | | | | | SELL | 5/1 | L | | |
| 22. UNITED STATES TREAS BILLS 0% 5/29/03 | A | Interest | | | BUY | 2/27 | L | | |
| 23. | | | | | SELL | 5/29 | L | A | |
| 24. UNITED STATES TREAS BILLS 0% 6/19/03 | A | Interest | | | BUY | 3/21 | L | | |
| 25. | | | | | SELL | 6/19 | L | A | |
| 26. UNITED STATES TREAS BILLS 0% 7/31/03 B/E DTD 1/30/03 | | | | | BUY | 5/2 | M | | |
| 27. | | | | | SELL | 7/24 | M | A | |
| 28. GENERAL GOVT SEC MNY MKT CLB | A | Dividend | K | T | | | | | |
| 29. UNITED STATES TREAS BILLS 0% 09/04/03 B/E DTD 03/06/03 | | | | | BUY | 6/4 | L | | |
| 30. | | | | | SELL | 7/24 | L | A | |
| 31. UNITED STATES TREAS BILLS 0% 10/09/03 B/E DTD 4/10/03 | | | | | BUY | 7/9 | L | | |
| 32. | | | | | SELL | 7/24 | L | A | |
| 33. ATLANTIC CNTY N J UTILS AUTH SWR REV REFDG 5% 1/15/07 | B | Interest | | | SELL | 7/29 | K | A | |
| 34. AVALON BORO N J UT 5.25% 9/1/03 B/E DTD 9/1/96 | B | Interest | | | SELL | 7/29 | | | |
| 35. EDISON TWP N J UT 5% 1/1/06 DTD 12/1/93 CLB | B | Interest | J | T | PART SOLD | 7/29 | K | | |
| 36. EVESHAM TWP N J BRD ED UT 4.6% 3/1/06 B/E DTD 2/1/99 | A | Interest | K | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. LOWER TWP N J FIRE DIST NO 3 BK QLFD UT 6.85% 2/1/08 REG | B | Interest | K | T | | | | | |
| 38. MIDDLETOWN TWP NJ BRD ED RFDG ST SCH QLFD BD ACT UT 5% | B | Interest | K | T | | | | | |
| 39. MONMOUTH CNTY N J IMPT AUTH REV RFDG CORRECTIONAL FACS 5% | B | Interest | K | T | | | | | |
| 40. MONTVILLE TWP N J FIRE DIST NO 2 BK QLFD UT 5.65% 5/1/08 | A | Interest | J | T | | | | | |
| 41. MOUNT ARLINGTON NJ BRD ED ST SCH QLFD BD ACT BK QLFD UT 5.2% | B | Interest | K | T | | | | | |
| 42. NEW JERSEY ST ETM CTFS PARTN SER A ETM 5% 6/15/11 | B | Interest | K | T | PART SOLD | 7/29 | K | | |
| 43. NEW JERSEY ST HWY AUTH GARDEN ST PKWY GEN REV SR PKWY 6.2% | C | Interest | K | T | PART SOLD | 7/29 | K | | |
| 44. NORTH ARLINGTON N J SCH DIST BANK QUALIFIED UT 5.375% 8/1/13 | B | Interest | K | T | | | | | |
| 45. OCEAN CNTY N J UTILS AUTH WASTEWATER REV RFDG 5% 1/1/09 | B | Interest | K | T | | | | | |
| 46. UNION CITY N.J. UT 6.375% 11/01/05 | B | Interest | - | | SELL | 7/29 | K | | |
| 47. IRA#1 | | | | | | | | | |
| 48. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 49. FNMA GTD MTG PASS THRU CTFS POOL#254589 | | | K | T | PARTIAL SELL | 1/27 | J | | |
| 50. | | | | | PARTIAL SELL | 2/25 | J | | |
| 51. | | | | | PARTIAL SELL | 3/25 | J | | |
| 52. | | | | | PARTIAL SELL | 4/25 | J | | |
| 53. | | | | | PARTIAL SELL | 5/27 | J | | |
| 54. | | | | | PARTIAL SELL | 6/25 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. · INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | PARTIAL SELL | 7/25 | J | | |
| 56. | | | | | PARTIAL SELL | 8/25 | J | | |
| 57. | | | | | PARTIAL SELL | 9/25 | J | | |
| 58. | | | | | PARTIAL SELL | 10/27 | J | | |
| 59. | | | | | PARTIAL SELL | 11/25 | J | | |
| 60. | | | | | PARTIAL SELL | 12/26 | J | | |
| 61. FNMA GTD MTG PASS CTFS POOL#254048 6.5% 11/01/16 | | | J | T | | | | | |
| 62. | | | | | PARTIAL SELL | 1/27 | J | | |
| 63. | | | | | PARTIAL SELL | 2/25 | J | | |
| 64. | | | - | | PARTIAL SELL | 3/25 | J | | |
| 65. | | | | | PARTIAL SELL | 4/25 | J | | |
| 66. | | | | | PARTIAL SELL | 5/27 | J | | |
| 67. | | | | | PARTIAL SELL | 6/25 | J | | |
| 68. | | | | | PARTIAL SELL | 7/25 | J | | |
| 69. | | | | | PARTIAL SELL | 8/25 | J | | |
| 70. | | | | | PARTIAL SELL | 9/25 | J | | |
| 71. | | | | | PARTIAL SELL | 10/27 | J | | |
| 72. | | | | | PARTIAL SELL | 11/25 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | PARTIAL SELL | 12/26 | J | | |
| 74. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | A | Interest | L | T | BUY | 9/22 | L | | |
| 75. FNMA GTD MTG PASS THRU CTFS POOL#323319 7% 10/01/28 | A | Interest | J | T | PARTIAL SELL | 1/27 | J | | |
| 76. | | | | | PARTIAL SELL | 2/25 | J | | |
| 77. | | | | | PARTIAL SELL | 3/25 | J | | |
| 78. | | | | | PARTIAL SELL | 4/25 | J | | |
| 79. | | | | | PARTIAL SELL | 5/27 | J | | |
| 80. | | | | | PARTIAL SELL | 6/25 | J | | |
| 81. | | | | | PARTIAL SELL | 7/25 | J | | |
| 82. | | | | - | PARTIAL SELL | 8/25 | J | | |
| 83. | | | | | PARTIAL SELL | 9/25 | J | | |
| 84. | | | | | PARTIAL SELL | 10/27 | J | | |
| 85. | | | | | PARTIAL SELL | 11/25 | J | | |
| 86. | | | | | PARTIAL SELL | 12/26 | J | | |
| 87. BANK AMER CORP NT 5.25% 2/1/07 | C | Interest | L | T | BUY | 12/04 | L | | |
| 88. CITI GROUP INC GLOBAL NT 5.5% 8/9/06 | B | Interest | K | T | BUY | 8/13 | K | | |
| 89. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | C | Interest | K | T | BUY | 11/12 | K | | |
| 90. FORD MTR CR CO GLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | B | Interest | K | T | PARTIAL SELL | 10/27 | J | A | |

1. Income/Gain Codes:   A = $1.000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger. redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 91. GENERAL DYNAMICS CORP DEB 3.0% 5/15/08 | A | Interest | K | T | BUY | 6/10 | K | | |
| 92. GENERAL DYNAMICS CORP DEB 3% 5/15/08 | A | Interest | K | T | BUY | 10/29 | K | | |
| 93. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | B | Interest | K | T | BUY | 10/28 | K | | |
| 94. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | B | Interest | K | T | BUY | 6/26 | K | | |
| 95. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | B | Interest | K | T | | | | | |
| 96. GENERAL MTRS ACCEP CORP NOTES 4.5% 7/15/06 | A | Interest | J | T | BUY | 10/31 | J | | |
| 97. HEWLETT PACKARD CO GLOBAL NT | B | Interest | K | T | BUY | 8/13 | K | | |
| 98. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | C | Interest | K | T | BUY | 8/13 | K | | |
| 99. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | B | Interest | K | T | BUY | 9/9 | K | | |
| 100. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | | | - | | BUY | 10/29 | J | | |
| 101. MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | C | Interest | L | T | BUY | 10/28 | K | | |
| 102. NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | C | Interest | K | T | BUY | 10/29 | J | | |
| 103. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | B | Interest | K | T | BUY | 8/13 | K | | |
| 104. UNITED STATES TREAS NOTES 5% 8/15/11 | B | Interest | K | T | | | | | |
| 105. UNITED STATES TREAS NOTES 4.875% 2/15/12 | C | Interest | L | T | | | | | |
| 106. UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | J | T | | | | | |
| 107. UNITED STATES TREAS NOTES 3.0% 11/15/07 | B | Interest | L | T | BUY | 2/20 | L | | |
| 108. | | | | | BUY | 3/6 | K | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII.. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | PARTIAL SELL | 9/22 | K | | |
| 110. FEDERAL NATL MTG ASSN DEB 5.25% 1/15/09 | C | Interest | L | T | | | | | |
| 111. FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | C | Interest | L | T | BUY | 8/22 | L | | |
| 112. | | | | | PARTIAL SELL | 9/22 | K | A | |
| 113. | | | | | PARTIAL SELL | 9/22 | K | A | |
| 114. | | | | | BUY | 10/27 | J | | |
| 115. | | | | | PARTIAL SELL | 12/4 | K | A | |
| 116. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.375% 9/15/12 | A | Interest | J | T | BUY | 8/22 | J | | |
| 117. US TREASUARY BILLS 0% 9/18/03 | | | | | BUY | 6/9 | M | | |
| 118. | | | | - | SELL | 8/13 | M | A | |
| 119. CIT GROUP INC 5.625% 5/17/04 | | | | | SELL | 12/4 | K | A | |
| 120. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | | | | | SELL | 11/12 | K | A | |
| 121. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | | | | | SELL | 11/12 | K | | |
| 122. FEDL NATL MTGE ASSN NOTES 6.5% 8/15/04 | | | | | SELL | 6/9 | J | | |
| 123. FEDL NATL MTGE ASSN NOTES 6.5% 8/15/04 | | | | | SELL | 6/9 | J | | |
| 124. LEHMAN BROS HLDGS NOTES 7.75% 1/15/05 | | | | | SELL | 9/9 | K | A | |
| 125. LEHMAN BROS HLDGS NOTES 7.75% 1/15/05 | | | | | SELL | 9/9 | K | | |
| 126. RAYTHEON CO 7.9% 3/1/03 | | | | | SELL | 3/1/0 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | | | | | | | | | |
| 128. SEARS ROEBUCK ACC GLBL B 6% 3/20/03 | | | | | SELL | 3/20 | J | A | |
| 129. US TREASURY NOTES 5.625% 2/15/06 | | | | | SELL | 8/13 | M | | |
| 130. DAIMLERCHRYSLER NOTES 7.4% 1/20/05 | | | | | BUY | 11/06 | J | | |
| 131. | | | | | SELL | 11/12 | J | A | |
| 132. U S TREASURY BILLS 0% 3/06/03 | | | | | SELL | 3/06 | M | | |
| 133. US TREASURY BILLS 0% 6/5/03 | | | | | BUY | 3/7 | M | | |
| 134. | | | | | SELL | 6/5 | M | | |
| 135. IRA#2 | | | | | | | | | |
| 136. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 137. FNMA GTD MTG PASS THRU CTFS POOL#254589 5.5% 01/01/23 | | | J | T | PARTIAL SALE | 1/27 | J | | |
| 138. | | | | | PARTIAL SALE | 2/25 | J | | |
| 139. | | | | | PARTIAL SALE | 3/25 | J | | |
| 140. | | | | | PARTIAL SALE | 4/25 | J | | |
| 141. | | | | | PARTIAL SALE | 5/27 | J | | |
| 142. | | | | | PARTIAL SALE | 6/25 | J | | |
| 143. | | | | | PARTIAL SALE | 7/25 | J | | |
| 144. | | | | | PARTIAL SALE | 8/25 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1.000,001-$5,000,000 | H2 = More than $5,000.000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15,001-$50.000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1.000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII.. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | PARTIAL SALE | 9/25 | J | | |
| 146. | | | | | PARTIAL SALE | 10/25 | J | | |
| 147. | | | | | PARTIAL SALE | 11/25 | J | | |
| 148. | | | | | PARTIAL SALE | 12/26 | J | | |
| 149. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | | | J | T | BUY | 9/22 | J | | |
| 150. | | | | | PARTIAL SALE | 10/27 | J | | |
| 151. | | | | | PARTIAL SALE | 11/25 | J | | |
| 152. | | | | | PARTIAL SALE | 12/26 | J | | |
| 153. BANK AMER CORP NT | A | Interest | J | T | BUY | 12/04 | J | | |
| 154. CITIGROUP INC GLOBAL NT 5.5% 8/9/06 | A | Interest | I | T | BUY | 8/13 | J | | |
| 155. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | A | Interest | J | T | BUY | 11/12 | J | | |
| 156. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | J | T | PARIAL SELL | 10/27 | J | | |
| 157. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | | | | | BUY | 8/15 | J | | |
| 158. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | A | Interest | J | T | BUY | 8/13 | J | | |
| 159. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | J | T | | | | | |
| 160. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | J | T | BUY | 8/13 | J | | |
| 161. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | A | Interest | J | T | BUY | 8/13 | J | | |
| 162. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | J | T | BUY | 9/9 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100.000 | G = $100,001-$1,000,000 | H1 = $1.000.001-$5,000.000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1.000.001-$5,000.000 | P2 = $5.000.001-$25,000,000 | |
| | P3 = $25.000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | A | Interest | J | T | | | | | |
| 164. NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | A | Interest | J | T | | | | | |
| 165. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | A | Interest | J | T | BUY | 8/13 | J | | |
| 166. UNITED STATES TREAS NOTES 4.875% 2/15/12 | A | Interest | J | T | | | | | |
| 167. UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | J | T | | | | | |
| 168. UNITED STATES TREAS NOTES 3% 11/15/07 | A | Interest | K | T | BUY | 1/23 | J | | |
| 169. | | | | | BUY | 2/20 | K | | |
| 170. FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | A | Interest | K | T | BUY | 8/22 | K | | |
| 171. | | | | | PARTIAL SELL | 9/22 | J | A | |
| 172. | | | | - | BUY | 10/27 | J | | |
| 173. | | | | | PARTIAL SELL | 12/4 | J | | |
| 174. FEDERAL NATL MTG ASSN MEDIUM TERM UTS | A | Interest | J | T | BUY | 8/22 | J | | |
| 175. US TREASURY BILLS 0% 3/6/03 | | | | | SELL | 3/6 | L | | |
| 176. US TREASURY BILLS 0% 6/5/03 | | | | | BUY | 3/7 | L | | |
| 177. | | | | | SELL | 6/5 | L | | |
| 178. GENERAL ELECTRIC CAP GLBL NT 4.25% 1/28 | | | | | SELL | 1/23 | J | | |
| 179. UNITED STATES TREAS BILLS 0% 9/18/03 | | | | | BUY | 6/9 | L | | |
| 180. | | | | | SELL | 8/13 | L | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. UNITED STATES TREAS BILLS 5.625% 2/15/06 | | | | | BUY | 3/11 | K | | |
| 182. | | | | | SELL | 8/13 | K | | |
| 183. DAIMLER CHRYSLER NORTH AMER HLDG CORP 7.4% 1/20/05 | | | | | BUY | 8/13 | J | | |
| 184. | | | | | SELL | 11/12 | J | | |
| 185. LEHMAN BROS HLDGS INC NT 7.75% 1/15/05 | | | | | SELL | 9/9 | J | | |
| 186. VALLEY NATIONAL BANK | A | Interest | K | T | | | | | |
| 187. VARIABLE LIFE #1 | | | M | T | | | | | |
| 188. EQUITABLE - SEP | | | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J | 5/10/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Date  5/12/04

NOTE: ANY INDIVI▓▓▓▓▓▓O KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CI▓▓▓▓▓▓CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544